# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| WESLEY O. KIRKLAND ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV614-005 |
| ) | |
| THE STATE OF GEORGIA; ) | |
| FORT BENNING; ) | |
| FORT STEWART, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

Proceeding *pro se*, Wesley O. Kirkland has filed a form complaint against the State of Georgia and two military bases. Doc. 1. He cites no particular remedy but, liberally construing his complaint, it appears that he wants this Court to protect him from various individuals and entities out to harm him. *Id.* at 3-6. Kirkland, who lists a non-prison address, *id.* at 5, also sought leave to file his case *in forma pauperis* (IFP). Doc. 2.

Finding his indigency claim suspect, the Court directed him to respond to asset-divulging interrogatories. Doc. 3; *see also Kareem v. Home Source Rental*, ___ F. Supp. 2d ___, 2013 WL 6407484 at * 2 (S.D.

Ga. Dec. 3, 2013) (ordering similar disclosure). He responded with only nonsensical filings. Docs. 4 & 5. The Court thus denied his IFP motion and directed him to pay $400 within 11 days or face a recommendation of dismissal. Doc. 6 (citing *Kareem v. Home Source Rental*, 2014 WL 24347 at *1 (S.D. Ga. Jan. 2, 2014)).

He has failed to do so. His case therefore should be **DISMISSED**. S.D. Ga. LR 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 20th day of March, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA