# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| WESLEY O. KIRKLAND ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV614-005 |
| ) | |
| THE STATE OF GEORGIA; ) | |
| FORT BENNING; ) | |
| FORT STEWART, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 6 day of May, 2014.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA